UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMINE A. LOPRESTI,

                Plaintiff,

  -against-

CITIGROUP, INC., WENDY . GOLDSTEIN, MILES H. KUCKER, ALLEN SCHECHTER, HOWARD SMITH, WILLIAM D. MYHRE, DON GOLDSTEIN, STATE STREET CORP., CITISTREET, CITISTREET INC., CITISTREET ASSOCIATES LLC, CITISTREET EQUITIES LLC, CITISTREET FINANCIAL SERVICES, LLC, TRAVELER INSURANCE COMPANY, LUTHERAN MEDICAL CENTER, MAYDA CASADO, JEAN DESJARDINS, JIM WILSON, SMITH BARNEY CORPORATE TRUST COMPANY, COPELAND ASSOCIATES, INC., DAVID A. SPINA, SANFORD I. WEILL, SALOMON SMITH BARNEY, INC., CITISTREET LLC,

                Defendants.
------------------------------------------------------------X

JUDGMENT
02-CV- 6492 (SJ)



A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 22, 2005, granting the motions to dismiss brought by all remaining defendants, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1); and directing the Clerk of the Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the motions to dismiss brought by all remaining defendants are granted; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
       April 25, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court